McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301, P.O. Box 240
Florham Park, N.J. 07920
Tel: 973-635-6300
Fax: 973-457-0123
Attorneys for Defendant Electronic Arts, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN HART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation; and DOES 1-50,<br>Defendants. | Case No. 3:09-cv-05990-FLW-LHG<br><br>**CERTIFICATION OF ELIZABETH MCNAMARA, ESQ. IN SUPPORT OF NOTICE OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

ELIZABETH MCNAMARA, of full age, certifies as follows:

1. I am an attorney at law with the firm Davis Wright Tremaine LLP, 1633 Broadway 27th floor, New York, New York 10019.

2. I am a member in good standing of the bar of the State of New York, as well as the bars of the U.S. District Courts for the Southern and Eastern Districts of New York, the Second and Ninth Circuits U.S. Courts of Appeal and the Supreme Court of the United States.

3. I have never been, currently or in the past, suspended or disbarred in any court, state or federal, and no disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed upon me in any jurisdiction.

4. I am not admitted to practice in the State of New Jersey.

5. I acknowledge my obligations under Civ. Rule 101.1(c) of this Court.

6. This matter involves a complex area of law in which I am a specialist. In addition, this firm is national counsel for Electronic Arts, Inc. in this and similar matters and has an ongoing relationship with that client.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: December 2, 2009

ELIZABETH MCNAMARA