McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301, P.O. Box 240
Florham Park, N.J. 07920
Tel: 973-635-6300
Fax: 973-457-0123
Attorneys for Defendant Electronic Arts, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN HART, individually and on behalf of all others similarly situated, | Case No. 3:09-cv-05990-FLW-LHG |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF BRUCE S. ROSEN, ESQ. IN SUPPORT OF ADMISSION OF ELIZABETH MCNAMARA AND CHRISTOPHER J. ROBINSON, ESQS. PRO HAC VICE** |
| ELECTRONIC ARTS, INC., a Delaware Corporation; and DOES 1-50, | |
| Defendants. | |

BRUCE S. ROSEN, of full age, hereby certifies as follows:

1.    I am an attorney at law in the State of New Jersey and the bar of this Court and am a director in the firm of McCusker, Anselmi, Rosen & Carvelli, a Professional Corporation ("MARC"), attorneys for defendant Electronic Arts, Inc.  I submit this Certification in support of the motion for the admission of Elizabeth McNamara and Christopher J. Robinson, Esqs. of the law firm of Davis Wright Tremaine, LLP, 1633 Broadway, 27th Floor, New York, New York 10019, pro hac vice pursuant to Civ. Rule 101.1(c).

2.    The principal office of MARC for the practice of law is in Florham Park, New Jersey.  MARC is authorized to practice in the State of New Jersey pursuant to R. 1:21-1(a).

3.      All pleadings, briefs and other papers filed with the Court on behalf of defendant Electronic Arts, Inc. have been and will continue to be signed by an attorney with the firm of MARC.  MARC will be responsible for receiving and signing all pleadings, briefs and papers in these matters and for the conduct of Elizabeth McNamara, Esq. as counsel in this matter.

4.      Payment, as required by Civ. Rule 101.1(c)(2) and R. 1:21-2(a), will be forwarded to the Lawyer's Fund for Client Protection and the U.S. District Court Clerk on behalf of Elizabeth McNamara and Christopher Robinson, Esqs. upon their admittance pro hac vice, as appropriate.  Ms. McNamara had previously been granted pro hac vice status by the Superior Court of New Jersey and no further payment to the Lawyers Fund is necessary for her application in 2009.

5.      Keith A. McKenna, Esq., attorney for Plaintiff, has consented to the pro hac admission of Christopher J. Robinson only.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

_____
BRUCE S. ROSEN

Dated: December __3__, 2009

2