McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301, P.O. Box 240
Florham Park, N.J. 07920
Tel: 973-635-6300
Fax: 973-457-0123
Attorneys for Defendant Electronic Arts, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN HART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation; and DOES 1-50,<br>Defendants. | Case No. 3:09-cv-05990-FLW-LHG<br><br>**ORDER GRANTING ELIZABETH MCNAMARA AND CHRISTOPHER J. ROBINSON, ESQS. ADMISSION PRO HAC VICE** |

**THIS MATTER** having been brought before the Court by McCusker, Anselmi, Rosen & Carvelli, a Professional Corporation, attorneys for defendant Electronic Arts, Inc., for the admission of Elizabeth McNamara and Christopher J. Robinson, Esqs. pro hac vice, and the Court having considered this matter and for good cause showing:

**IT IS** on this _____ day of _____, 2009

**ORDERED** that Elizabeth McNamara. and Christopher J. Robinson, Esqs. of the law firm of Davis Wright Tremaine, LLP, 1633 Broadway, 27th Floor, New York, New York 10019, are hereby admitted pro hac vice to represent defendant Electronic Arts, Inc. in this matter, pursuant to Civ. Rule 101.1(c); and it is further

**ORDERED** that Elizabeth McNamara and Christopher J. Robinson, Esqs. shall each (i) abide by the Rules of this Court including all disciplinary rules; (ii) notify the Court immediately of any matter affecting their standing at the bar of any other court; and (iii) have all pleadings, briefs and other papers filed with the Court signed by co-counsel McCusker, Anselmi, Rosen & Carvelli, PC, attorneys of record authorized to practice in the State of New Jersey; and it is further

**ORDERED** that Elizabeth McNamara and Christopher J. Robinson, Esqs. shall each contribute to the N.J. Lawyer's Fund for Client Protection, as required by R. 1:28-2 and 1:20-1(b), Civ. Rule 101(c)(2) and shall each make a payment of $150.00 to the Clerk, USDC as required by Civ. Rule 101.1(c)(3).

          HON. LOIS H. GOODMAN, U.S.M.J.