UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RYAN HART, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiff, | : : | Civil Action No.: 09-cv-5990 (FLW) |
| v. | : : : | **ORDER** |
| ELECTRONIC ARTS, INC., a Delaware Corporation; and DOES 1-50, | : : : : | |
| Defendants. | : : | |

  This matter having been opened to the Court by Bruce Rosen, Esq., counsel for Defendant Electronic Arts, Inc., to dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56; it appearing that the Court considered the parties' respective moving, opposition, and reply papers, as well as the parties' supplemental briefs and submissions, pursuant to Fed. R. Civ. P. 78(c); and for the reasons stated in the Opinion of this date and for good cause shown:

  It is on this 8th day of September, 2011,

  ORDERED that Defendant's motion to dismiss, or in the alternative, for summary judgment (Docket Entry No. 31) is treated as a motion for summary judgment; and it is further

  ORDERED that Defendant's motion for summary judgment (Docket Entry No.

31) is hereby GRANTED; and it is further

    ORDERED that this case is CLOSED.

                                            /s/ Freda L. Wolfson  
                                            Freda L. Wolfson, U.S.D.J.